FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 03 2019 ★

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

LONG ISLAND OFFICE

R. S. RAGHAVENDRA
Founder, RESCUE Ad Hoc Committee.

*Plaintiff*

v.

PAUL A. CROTTY
UNITED STATES GOVERNMENT
UNITED STATES ATTORNEY (S.D.N.Y)

*Defendant*

Civil Action No. 19-CV-0053 (JMA) (SIL)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
PAUL A. CROTTY, US DISTRICT COURT, 500 PEARL ST, NEW YORK 10007
UNITED STATES GOVERNMENT
610 Federal Plaza, Central Islip, NY 11722 OR 271 Cadman Plaza, East Brooklyn, NY 11201
UNITED STATES ATTORNEY (S.D.N.Y)
86 Chambers St, New York, N.Y. 10007 or One St. Andrews Plaza, New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mr. R. S. RAGHAVENDRA
RESCUE AD HOC COMMITTEE
P.O. Box 7066, HICKSVILLE, NY 11802-7066

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JAN 3 2019

DOUGLAS C. PALMER
CLERK OF COURT

*Signature of Clerk or Deputy Clerk*